United States Bankruptcy Court for the:

**Northern** District of **California**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**  Professional Investors Security Fund, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or doing business as names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

____68____ – 0040208

**5. Debtor's address**

Principal place of business

350 Ignacio Blvd.
Number   Street

#300

Novato   CA   94949
City   State   ZIP Code

Marin
County

Mailing address, if different

_____
Number   Street

_____
P.O. Box

_____
City   State   ZIP Code

Location of principal assets, if different from principal place of business

_____
Number   Street

_____
City   State   ZIP Code

Official Form 205   Involuntary Petition Against a Non-Individual   page 1

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>          MM / DD / YYYY<br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>          MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br>*At least one box must be checked*:<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor **Professional Investors Security Fund, Inc.**     Case number (*if known*)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | SEE ATTACHED SCHEDULE "A" FOR PETITIONER INFORMATION | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

**Name and mailing address of petitioner**

Jacques Achsen*
Name

124 Pine Street
Number  Street

San Anselmo     CA     94960
City     State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City     State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Debra Grassgreen**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name, if any

**150 California Street, 15th Floor**
Number  Street

**San Francisco**     **CA**     **94111**
City     State     ZIP Code

Contact phone **(415) 217-5102**     Email **dgrassgreen@pszjlaw.com**

Bar number     **169978**

State     **California**

X *[signature: Debra G——]*
Signature of attorney

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

Official Form 205     Involuntary Petition Against a Non-Individual     page 3

Debtor  **Professional Investors Security Fund, Inc.**     Case number (if known) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | SEE ATTACHED SCHEDULE "A" FOR PETITIONER INFORMATION | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Jacques Achsen*
Name

Debra Grassgreen
Printed name

124 Pine Street
Number   Street

Pachulski Stang Ziehl & Jones LLP
Firm name, if any

San Anselmo      CA      94960
City             State   ZIP Code

150 California Street, 15th Floor
Number   Street

**Name and mailing address of petitioner's representative, if any**

San Francisco            CA      94111
City                     State   ZIP Code

_____
Name

Contact phone **(415) 217-5102**   Email **dgrassgreen@pszjlaw.com**

_____
Number   Street

Bar number   169978

_____
City   State   ZIP Code

State   California

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/16/2020
             MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

✘ _____
Signature of attorney

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

**Name and mailing address of petitioner**

Samuel Goldberger, Trustee of the B Trust*
Name

447860 Rosewood Terrace
Number   Street

Mendocino            CA        95460
City                 State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 16 / 2020
             MM / DD / YYYY

✗ _____/s/_____ Trustee
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City        State    ZIP Code

Contact phone_____ Email _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Elizabeth A. Goldblatt, Trustee of the Elizabeth Ann Goldblatt Living Trust (and Elizabeth Goldblatt IRA)*
Name

PO Box 726
Number   Street

Point Reyes Station     CA       94956
City                    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City        State    ZIP Code

Contact phone_____ Email _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

Debtor    **Professional Investors Security Fund, Inc.**    Case number (if known) _____

### Name and mailing address of petitioner

Samuel Goldberger, Trustee of the B Trust*
Name

447860 Rosewood Terrace
Number   Street

Mendocino _____   CA _____   95460
City                    State     ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ___ ZIP Code ___

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Elizabeth A. Goldblatt, Trustee of the Elizabeth Ann Goldblatt
Living Trust  (and Elizabeth Goldblatt IRA)*
Name

PO Box 726
Number  Street

Point Reyes Station _____   CA _____   94956
City                        State        ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City         State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/16/2020
            MM / DD / YYYY

✗ Elizabeth A. Goldblatt, Trustee

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ___ ZIP Code ___

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

Debtor  **Professional Investors Security Fund, Inc.**   Case number (if known)_____

### Name and mailing address of petitioner

Arthur Indenbaum, Trustee of the Spiren Trust (2013)*
Name

2834 Gough Street
Number   Street

San Francisco           CA           94123
City                    State         ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City                    State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 16 / 2020
            MM / DD / YYYY

X _____/s/_____, TRUSTEE
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed ____ / ____ / ____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Andrew Roy Michaels (and Andrew Roy Michaels IRA)*
Name

PO Box 808
Number   Street

Point Reyes Station       CA           94956
City                    State         ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City                    State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ / ____ / ____
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed ____ / ____ / ____
            MM / DD / YYYY

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

Official Form 205           Involuntary Petition Against a Non-Individual           page 5

Debtor   **Professional Investors Security Fund, Inc.**   Case number (if known)_____

### Name and mailing address of petitioner

Mary Michaels, Trustee of the Michaels Family Trust
 (and Mary Michaels IRA)*
Name

PO Box 808
Number   Street

Point Reyes Station | CA | 94956
City | State | ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 16 / 2020
            MM / DD / YYYY

✗ _Mary Michaels, Trustee_
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City | State | ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

### Name and mailing address of petitioner

Andrew Roy Michaels (and Andrew Roy Michaels IRA) *
Name

PO Box 808
Number   Street

Point Reyes Station | CA | 94956
City | State | ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 16  2020
            MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City | State | ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

Official Form 205   Involuntary Petition Against a Non-Individual   page 6

Case: 20-30579   Doc# 1   Filed: 07/16/20   Entered: 07/16/20 18:23:19   Page 8 of 10

Debtor **Professional Investors Security Fund, Inc.**    Case number (if known) _____

### Name and mailing address of petitioner

Mary Michaels, Trustee of the Michaels Family Trust
  (and Mary Michaels IRA)*
Name

PO Box 808
Number  Street

Point Reyes Station       CA       94956
City                      State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City       State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

### Name and mailing address of petitioner

Joel Rubenzahl (and Joel Rubenzahl IRA)*
Name

3159 Lewiston Avenue
Number  Street

Berkeley         CA       94705
City             State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City       State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/16/2020
            MM / DD / YYYY

X _____ *(signed)*
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City       State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

*Each petitioning creditor reserves the right to claim a different and potentially larger amount than the amounts stated herein. Additionally, certain obligations owed to the petitioning creditors may be secured or unsecured, or against an affiliate or subsidiary of Professional Investors Security Fund, Inc.

## Schedule A

|   | Name of Petitioner | Nature of petitioner's claim | Amount of the claim |
|---|---|---|---|
| 1. | Jacques Achsen | Promissory note | $3,366,808 |
| 2. | Samuel Goldberger,<br>Trustee of the B Trust | Promissory note | $200,000 |
| 3. | Elizabeth A. Goldblatt | Promissory note | $188,455 |
| 4. | Arthur Indenbaum, Trustee<br>of the Spiren Trust (2013) | Promissory note | $750,000 |
| 5. | Andrew Roy Michaels<br>(and Andrew Roy Michaels IRA) | Promissory note | $377,250 |
| 6. | Mary Michaels,<br>Trustee of the Michaels Family Trust<br>(and Mary Michaels IRA) | Promissory note | $430,422 |
| 7. | Joel Rubenzahl<br>(and Joel Rubenzahl IRA) | Promissory note | $100,000 |