John D. Fiero (CA Bar No. 136557)
Debra I. Grassgreen (CA Bar No. 169978)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: jfiero@pszjlaw.com
dgrassgreen@pszjlaw.com

Attorneys for Petitioning Creditors Jacques Achsen, Samuel Goldberger, Elizabeth A. Goldblatt, Arthur Indenbaum, Andrew Roy Michaels, Mary Michaels, and Joel Rubenzahl

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PROFESSIONAL INVESTORS SECURITY FUND, INC.**,<br>Debtor. | Case No.: 20-30579<br>Chapter 11<br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Pachulski Stang Ziehl & Jones LLP, hereby appears as counsel for the Petitioning Creditors in this chapter 11 case and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, or pursuant to any other applicable rule or statute, that notice of all matters which may come before the Court be given as follows:

>   John D. Fiero
>   PACHULSKI STANG ZIEHL & JONES LLP
>   150 California Street, 15th Floor
>   San Francisco, CA 94111-4500
>   Telephone: 415/263.7000
>   Facsimile: 415/263.7010
>   Email: jfiero@pszjlaw.com

The foregoing request includes, without limitation, all notices, papers and disclosure statements referred to in FED. R. BANKR. P. 2002, 3017 and 9007, and also includes notice of any

orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise.

Dated: July 17, 2020     PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ John D. Fiero*
John D. Fiero

Attorneys for Petitioning Creditors Jacques Achsen, Samuel Goldberger, Elizabeth A. Goldblatt, Arthur Indenbaum, Andrew Roy Michaels, Mary Michaels, and Joel Rubenzahl