

**Signed and Filed: July 27, 2020**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 20-30579 HLB
                                          )
PROFESSIONAL INVESTORS SECURITY ) Chapter 11
FUND, INC.,                               )
                                          )
                    Debtor.               )
_____)

### ORDER FOR RELIEF

Based upon the Consent to Entry of Order for Relief (Dkt. 8) filed by Professional Investors Security Fund, Inc. ("PISF"), an order for relief under Chapter 11 of Title 11 of the United States Code is hereby entered against PSIF.

**\*\*END OF ORDER\*\***

ORDER FOR RELIEF                    -1-

## Court Service List

Michael E. Grodsky
c/o Law Offices of Michael E. Grodsky
5900 Wilshire Blvd #2600
Los Angeles, CA 90036

Allen Hyman
c/o Law Offices of Allen Hyman
10737 Riverside Dr
North Hollywood, CA 91602

Harold Greenberg
Law Firm of Harold Greenberg
2263 S. Harvard Blvd
Los Angeles, CA 90018

Craig W. Heidig
541 Lancaster Way
Redwood City, CA 94062

Benjamin G. Ramm
BASTA, Inc.
2500 Wilshire Blvd. # 1050
Los Angeles, CA 90057

Wendy A. Loo
Los Angeles City Attorney's Office
200 North Main Street, Suite 920
Los Angeles, CA 90012