# Notice Recipients

District/Off: 0971−3    User: rrombawa    Date Created: 7/28/2020
Case: 20−30579    Form ID: OFRDNI    Total: 3

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
aty    Ori Katz    okatz@sheppardmullin.com

        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Professional Investors Security Fund, Inc.    350 Ignacio Blvd.    #300    Novato, CA 94949

        TOTAL: 1