| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Professional Investors Security Fund, Inc. |
| United States Bankruptcy Court for the: | Northern District of CA (State) |
| Case number (If known): | 20-30579 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 40 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PARDI Revocable Trust (SAMARA & DANIEL PARDI) 51 Walnut Avenue Mill Valley, CA 94941 | | Loan | | | | $8,569,250.00 |
| 2 | GREIDANUS, PAUL 1114 Vista Del Lago San Luis Obispo CA 93405 | | Loan | | | | $3,461,452.30 |
| 3 | TULS, JACK G. 66 Brussels Court Visalia, CA 93277 | | Loan | | | | $3,259,833.70 |
| 4 | GREIDANUS, ERIC 15887 Avenue, #264 Visalia, CA 93292 | | Loan | | | | $2,465,750.00 |
| 5 | SELLS, BAHIRA Cinemaie, Ttee of the Bahira Cinemaie Sells Trust dtd 7/21/15 19 Peacock Drive, San Rafael, CA 94901 | | Loan | | | | $2,405,000.00 |
| 6 | BELLINE, CARL F. 9 Pacific Drive Novato, CA 94949 | | Loan | | | | $2,066,000.00 |
| 7 | SCAGLIOLA TRUST, JAMES R. 1030 Western Avenue Petaluma, CA 94952 | | Loan | | | | $1,781,839.51 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | TURNER, JON ANTHONY<br>902 Otis Drive<br>Alameda, CA  94501 | | Loan | | | | $1,772,534.19 |
| 9 | MOORE, BRUCE R.<br>PO Box 103<br>Mendocino, CA  95460 | | Loan | | | | $1,743,680.82 |
| 10 | BAUER, SHIRLEY<br>14908 Barnwall<br>LaMirada, CA  90638 | | Loan | | | | $1,740,708.32 |
| 11 | GREENBERG, BARRY<br>17441 N 77th Street<br>Scottsdale, AZ  85255 | | Loan | | | | $1,728,862.01 |
| 12 | GANGAJI FOUNDATION, THE<br>364 Helman Street<br>Ashland, OR  97520 | | Loan | | | | $1,695,353.83 |
| 13 | REYNOLDS, JULIE<br>2050 Goodpasture Loop, #12<br>Eugene, OR  97401 | | Loan | | | | $1,680,437.00 |
| 14 | MAHRER, GREG<br>10300 Moonshine Road<br>Sebastopol, CA  95472 | | Loan | | | | $1,652,908.77 |
| 15 | McDUFFIE, BARBARA or W.CLINTON<br>23 Maplewood Drive, San Rafael, CA  94901 | | Loan | | | | $1,545,861.28 |
| 16 | DEROSS, ROBERT<br>5061 Tesoro Way<br>El Dorado Hills, CA  95762 | | Loan | | | | $1,522,226.41 |
| 17 | MAYGINNES, JOHN IRA Services TRAD #586560<br>Potter Valley, CA 95469 | | Loan | | | | $1,485,035.00 |

| # | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | BAILEY, ROBERT W.<br>900 First Street<br>Sebastopol, CA 95472 | Loan | | | | $1,432,605.89 |
| 19 | LIZAK, ALFRED & MAUREEN<br>P.O. Box 638<br>Pt. Reyes Station, CA 94956 | Loan | | | | $1,430,000.00 |
| 20 | NEWMARK, IRENE<br>2215 - R Market Street, #108,<br>San Francisco, 94114 | Loan | | | | $1,356,085.55 |
| 21 | HARARI, LESLIE<br>43 Laderman Lane<br>Greenbrae, CA 94904 | Loan | | | | $1,350,000.00 |
| 22 | BAUE, MARKUS GREER<br>12 June Court<br>Fairfax, CA 94930 | Loan | | | | $1,340,000.00 |
| 23 | BUCK, KELLI W.<br>14 Cypress Avenue<br>Kentfield, CA 94904 | Loan | | | | $1,322,908.33 |
| 24 | IACOVETTO, VICTORIA<br>320 School Road<br>Novato, CA 94945 | Loan | | | | $1,317,200.00 |
| 25 | MAENDL, SYLVIA<br>2025 Hawthorne Terrace<br>Novato, CA 94945 | Loan | | | | $1,227,606.96 |
| 26 | GARCIA, A. ANGELICA<br>252 S Mentor Avenue #5<br>Pasadena, CA 91106 | Loan | | | | $1,201,161.12 |
| 27 | PAOLELLA Trustee, LIANA of the Liana Paolella Revocable Trust dtd 6/1/2007<br>9 Mosswood Court, Novato, CA 94947 | Loan | | | | $1,200,000.00 |
| 28 | CARROLL, JON<br>1766 Sanders Road<br>Sebastopol, CA 95472 | Loan | | | | $1,112,063.50 |
| 29 | ZALUNARDO, GINO N. & DENICE M.<br>2033 Buckeye Road, Willits, CA 95490-8485 | Loan | | | | $1,086,500.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 LARUSSO, THOMAS J. REVOCABLE TRUST  295 Lugo Road  Palm Springs, CA 92262 | | Loan | | | | $1,079,100.00 |
| 31 STAFFORD, WANDA  150 Calumet Avenue  San Anselmo, CA 94960 | | Loan | | | | $1,073,070.95 |
| 32 ACHSEN, JACQUES  124 Pine Street  San Anselmo, CA 94960 | | Loan | | | | $1,018,400.00 |
| 33 OLIVA, MARILYN  312 Warren Street  Brooklyn, NY 11201 | | Loan | | | | $1,008,701.00 |
| 34 SBS (MARGOT HOPE)  3122 Arrowhead Drive Los Angeles, CA 90068 | | Loan | | | | $1,007,749.02 |
| 35 JAMES, GLENN  200 Kulalani Drive, Kula, HI 96790 | | Loan | | | | $1,000,000.00 |
| 36 KERR, Trustee of the James A. Kerr Living Trust dated January 27,2015, James A.  P.O. Box 679  Redwood Valley, CA 95470 | | Loan | | | | $1,000,000.00 |
| 37 BESHARAT ZADEH, JEAN CLAUDE  c/o 14 Boulevard Auguste Blanqui  75013 Paris, FRANCE | | Loan | | | | $997,359.31 |
| 38 CHASE, STUART and REGINA  1025 Lea Drive  San Rafael, CA 94903 | | Loan | | | | $981,268.56 |
| 39 McCARTNEY, FRANCESCA  338 Countyview Dr.  Mill Valley, CA 94941 | | Loan | | | | $952,400.00 |
| 40 CHENG, FU-TUNG  1190 Neilson St.  Albany, CA 94706 | | Loan | | | | $902,673.75 |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Professional Investors Security Fund, Inc. |
| United States Bankruptcy Court for the: | Northern District of CA (State) |
| Case number (If known): | 20-30579 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 40 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/29/2020
MM / DD / YYYY

X /s/ Michael Hogan (DocuSigned)
Signature of individual signing on behalf of debtor

Michael Hogan
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors  Page 5 of 5

Case: 20-30579  Doc# 19  Filed: 07/29/20  Entered: 07/29/20 18:20:58  Page 5 of 5


American LegalNet, Inc.
www.FormsWorkFlow.com