UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Professional Investors Security Fund, Inc.

Case No. 20-30579

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 11/30/2020   **PETITION DATE:** 07/16/20

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---:|---:|---:|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $5,456,608 | $5,469,400 | |
| b. Total Assets | ($5,797,024) | ($5,784,233) | ($5,793,342) |
| c. Current Liabilities | $53,618 | $66,042 | |
| d. Total Liabilities | $276,541,230 | $274,350,290 | $217,712,224 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---:|---:|---:|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $12,791 | $230 | $13,211 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($12,791) | ($230) | ($13,211) |
| d. Cash Balance Beginning of Month | $162,589 | $162,818 | $162,589 |
| e. Cash Balance End of Month (c + d) | $149,797 | $162,589 | $149,377 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---:|---:|---:|
| 4. **Profit/(Loss) from the Statement of Operations** | ($2,208,502) | ($2,208,364) | ($4,416,866) |
| 5. **Account Receivables (Pre and Post Petition)** | $323,100 | $323,100 | |
| 6. **Post-Petition Liabilities** | $276,541,230 | $274,350,290 | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**                                                         **Yes**    **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal                            X
   course to secured creditors or lessors? (if yes, attach listing including date of
   payment, amount of payment and name of payee)
9. Have any payments been made to professionals? (if yes, attach listing including date of                        X
   payment, amount of payment and name of payee)
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes,                          X
    attach listing including date of payment, amount and reason for payment, and name of payee)
12. Is the estate insured for replacement cost of assets and for general liability?          X
13. Are a plan and disclosure statement on file?                                                                  X
14. Was there any post-petition borrowing during this reporting period?                                           X

15. Check if paid: Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees   X   ; Check if filing is current for: Post-petition
    tax reporting and tax returns: ___ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
    reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: December 21, 2020

_Responsible Individual_

Case: 20-30579   Doc# 59   Filed: 12/21/20   Entered: 12/21/20 20:12:05   Page 1 of 18

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 11/30/20

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $0 | $0 | $0 | 1 | Gross Sales | $0 | $0 |
| $0 | $0 | $0 | 2 | less: Sales Returns & Allowances | $0 | $0 |
| $0 | $0 | $0 | 3 | Net Sales | $0 | $0 |
| $0 | $0 | $0 | 4 | less: Cost of Goods Sold (Schedule 'B') | $0 | $0 |
| $0 | $0 | $0 | 5 | Gross Profit | $0 | $0 |
| $0 | $0 | $0 | 6 | Interest | $0 | $0 |
| $0 | $0 | $0 | 7 | Other Income: Miscellaneous | $0 | $0 |
| $0 | $0 | $0 | 8 | | $0 | $0 |
| $0 | $0 | $0 | 9 | | $0 | $0 |
| $0 | $0 | $0 | 10 | **Total Revenues** | $0 | $0 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $0 | $0 |
| $0 | $0 | $0 | 12 | Salaries | $0 | $0 |
| $0 | $0 | $0 | 13 | Commissions | $0 | $0 |
| $0 | $0 | $0 | 14 | Contract Labor | $0 | $0 |
| | | | | Rent/Lease: | | |
| $0 | $0 | $0 | 15 | Personal Property | $0 | $0 |
| $0 | $0 | $0 | 16 | Real Property | $0 | $0 |
| $0 | $0 | $0 | 17 | Insurance | $0 | $0 |
| $0 | $0 | $0 | 18 | Management Fees | $0 | $0 |
| $0 | $0 | $0 | 19 | Depreciation | $0 | $0 |
| | | | | Taxes: | | |
| $0 | $0 | $0 | 20 | Employer Payroll Taxes | $0 | $0 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $0 | $0 |
| $0 | $0 | $0 | 22 | Other Taxes | $0 | $0 |
| $0 | $0 | $0 | 23 | Other Selling | $0 | $0 |
| $0 | $0 | $0 | 24 | Other Administrative | $0 | $0 |
| $2,208,135 | $0 | ($2,208,135) | 25 | Interest - Straight Notes | $9,068,453 | $2,208,135 |
| $0 | $0 | $0 | 26 | Other Expenses: Outside Services | $190 | $0 |
| $0 | $0 | $0 | 27 | NextGen PRWCPTC | $1,600 | $0 |
| $0 | $0 | $0 | 28 | Miscellaneous Income | $0 | $0 |
| $42 | $0 | ($42) | 29 | Telephone/Internet/Fax | $272 | $0 |
| $0 | $0 | $0 | 30 | | $0 | $0 |
| $0 | $0 | $0 | 31 | | $0 | $0 |
| $0 | $0 | $0 | 32 | | $0 | $0 |
| $0 | $0 | $0 | 33 | | $0 | $0 |
| $0 | $0 | $0 | 34 | | $0 | $0 |
| $2,208,177 | $0 | ($2,208,177) | 35 | **Total Expenses** | $9,070,515 | $2,208,135 |
| ($2,208,177) | $0 | ($2,208,177) | 36 | **Subtotal** | ($9,070,515) | ($2,208,135) |
| | | | | **Reorganization Items:** | | |
| $0 | $0 | $0 | 37 | Professional Fees | $0 | $0 |
| $0 | $0 | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| $0 | $0 | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | $0 |
| $0 | $0 | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $325 | $0 | ($325) | 41 | U.S. Trustee Quarterly Fees | $0 | $0 |
| $0 | $0 | $0 | 42 | | $0 | $0 |
| $325 | $0 | $325 | 43 | **Total Reorganization Items** | $0 | $0 |
| ($2,208,502) | $0 | ($2,208,502) | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($9,070,515) | ($2,208,135) |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($2,208,502) | $0 | ($2,208,502) | 46 | **Net Profit (Loss)** | ($9,070,515) | ($2,208,135) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**     11/30/20

**Assets**

| # | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $149,797 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $323,100 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | $0 |
| 6 | Professional retainers | | $0 |
| 7 | Other: Receivables | | $4,983,711 |
| 8 | | | $0 |
| 9 | **Total Current Assets** | | $5,456,608 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $692,310 |
| 13 | Office equipment | D | $2,936 |
| 14 | Leasehold improvements | D | $198,706 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | $0 |
| 17 | | D | $0 |
| 18 | | D | $0 |
| 19 | | D | $0 |
| 20 | | D | $0 |
| 21 | **Total Property and Equipment** | | $893,952 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | $0 |
| 24 | Other assets | | $21,353,825 |
| 25 | Long Term Receivables | | ($33,501,409) |
| 26 | | | $0 |
| 27 | | | $0 |
| 28 | **Total Other Assets** | | ($12,147,585) |
| 29 | **Total Assets** | | ($5,797,024) |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

### Post-Petition

#### Current Liabilities

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | $0 |
| 31 | Payroll taxes | | $0 |
| 32 | Real and personal property taxes | | $52,818 |
| 33 | Income taxes | | $800 |
| 34 | Sales taxes | | $0 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | $0 |
| 42 | | | $0 |
| 43 | | | $0 |
| 44 | **Total Current Liabilities** | | $53,618 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | $276,487,612 |
| 46 | **Total Post-Petition Liabilities** | | $276,541,230 |

#### Pre-Petition Liabilities (allowed amount)

| | | | |
|---|---|---|---:|
| 47 | Secured claims | F | $0 |
| 48 | Priority unsecured claims | F | $0 |
| 49 | General unsecured claims | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $276,541,230 |

### Equity (Deficit)

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $0 |
| 53 | Common Stock | $5,000 |
| 54 | Additional paid-in capital | $0 |
| 55 | Cumulative profit/(loss) since filing of case | $0 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | All other Equity | ($282,343,254) |
| 58 | Market value adjustment | $0 |
| 59 | **Total Equity (Deficit)** | ($282,338,254) |
| 60 | **Total Liabilities and Equity (Deficit)** | ($5,797,024) |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | $0 | $0 | |
| 61-90 Days | $0 | $0 | $0 |
| 91+ Days | $323,100 | $0 | |
| Total accounts receivable/payable | $323,100 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $323,100 | | |

Note: Excludes net intercompany (PFI/LP/

## Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | |
| Add - Net purchase | |
| Direct labor | |
| Manufacturing overhead | |
| Freight in | |
| Other: | |
| Less - Inventory End of Month | |
| Shrinkage | |
| Personal Use | |
| Cost of Goods Sold | $0 |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____  No _____

How often do you take a complete physical inventory?

- Weekly _____
- Monthly _____
- Quarterly _____
- Semi-annually _____
- Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
- FIFO cost _____
- LIFO cost _____
- Lower of cost or market _____
- Retail method _____
- Other _____
  - Explain _____

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---:|---:|
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---:|---:|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Furniture and Fixtures | | $692,310 |
| Total | $0 | $692,310 |
| Office Equipment - | | |
| A/V Equipment | | $2,936 |
| Total | $0 | $2,936 |
| Leasehold Improvements - | | |
| Tenant Improvements 350 Ignacio | | $6,551 |
| Net Acquisitions Assets | | $189,109 |
| Net Capitalized Improvements | | $3,046 |
| Total | $0 | $198,706 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| FICA - Employee | $0 | $0 | $0 | $0 | $0 |
| FICA - Employer | $0 | $0 | $0 | $0 | $0 |
| Unemployment (FUTA) | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | $0 | $0 | $0 | $0 | $0 |
| Unemployment (UT) | $0 | $0 | $0 | $0 | $0 |
| Disability Insurance (DI) | $0 | $0 | $0 | $0 | $0 |
| Empl. Training Tax (ETT) | $0 | $0 | $0 | $0 | $0 |
| Sales | $0 | $0 | $0 | $0 | $0 |
| Excise | $0 | $0 | $0 | $0 | $0 |
| Real property | $0 | $0 | $0 | $0 | $0 |
| Personal property | $0 | $0 | $0 | $0 | $0 |
| Income | $0 | $0 | $0 | $0 | $0 |
| Other (Attach List) | $0 | $0 | $0 | $0 | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
## Pre-Petition Liabilities

| **List Total Claims For Each Classification -** | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $0 | $0 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $0 | $0 |
| General unsecured claims | $0 | $0 |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH FLOWS
## (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 11/30/20

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $0 | $0 |
| 2 | Repayment of Car Loan - Jarek Romero | $0 | $350 |
| 3 | Refund from Eric Lucan Campaign | $0 | $400 |
| 4 | Cash Paid to Suppliers | $12,424 | $12,729 |
| 5 | Cash Paid for Selling Expenses | $0 | $0 |
| 6 | Cash Paid for Administrative Expenses | $0 | $0 |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | $0 | $0 |
| 8 |    Real Property | $0 | $0 |
| 9 | Cash Paid for Interest | $0 | $0 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $0 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | $0 | $0 |
| 12 |    Draws | $0 | $0 |
| 13 |    Commissions/Royalties | $0 | $0 |
| 14 |    Expense Reimbursements | $0 | $0 |
| 15 |    Other | $0 | $0 |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | $0 | $0 |
| 17 |    Employee Withholdings | $0 | $0 |
| 18 |    Real Property Taxes | $0 | $0 |
| 19 |    Other Taxes | $0 | $0 |
| 20 | Cash Paid for General Expenses | $0 | $0 |
| 21 | Comcast Bill at Ken Casey's Home Office | $42 | $272 |
| 22 | Bank Charges | $0 | $15 |
| 23 | Net Adjustment for Accruals in Acctg/Systems CF Statement | $0 | $0 |
| 24 | | $0 | $0 |
| 25 | | $0 | $0 |
| 26 | | $0 | $0 |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($12,466) | ($12,266) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $0 | $0 |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | $0 |
| 30 | U.S. Trustee Quarterly Fees | $325 | $325 |
| 31 | | $0 | $0 |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($325) | ($325) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($12,791) | ($12,591) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | $0 | $0 |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | $0 |
| 36 | | $0 | $0 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $0 | $0 |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 40 | Capital Contributions | $0 | $0 |
| 41 | Principal Payments | $0 | $0 |
| 42 | | $0 | $0 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($12,791) | ($12,591) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $162,589 | $162,589 |
| 46 | **Cash and Cash Equivalents at End of Month** | $149,797 | $149,997 |

Revised 1/1/98



November 30, 2020    Page: **1** of **3**

Customer Service:
1-866-486-7782

MICHAEL HOGAN CHF RESTRUCTURING OFFICER
FOR DEBTORS IN POSSESSION
PROFESSIONAL FINANCIAL INVESTORS INC
SECURITY FUND
350 IGNACIO BLVD SUITE 300
NOVATO CA 94949-7202

Last statement: October 31, 2020
This statement: November 30, 2020

Umpqua Bank Rules & Regulations updates go into effect 7-1-2020. This update mainly includes changes to Umpqua Bank's Funds Availability Policy. Next business day funds availability has increased to $225, if there is a hold on a check. For more info, and to review other changes, you may request a copy by calling us at 1-866-486-7782 or visiting umpquabank.com/disclosures.

## ANALYZED BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXX1849 | Beginning balance | $5,792.37 |
| Low balance | $5,425.24 | Deposits/Additions | $10,000.00 |
| Average balance | $8,027.80 | Withdrawals/Subtractions | $367.13 |
| Interest earned | $0.00 | Ending balance | $15,425.24 |

### Other Deposits/ Additions

| Date | Description | Additions |
|---|---|---|
| 11-24 | Cash Mgmt Trsfr Cr Ref 3291821l Funds Transfer Frm Dep 4866651054 From Transfer For Payab Les Check Run | 10,000.00 |
| **Total Other Deposits/ Additions** | | **$10,000.00** |

### ACH and Electronic Payments/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 11-23 | ACH Debit Comcast 8155300 140133711 20201123 | 42.13 |
| **Total ACH and Electronic Payments/Subtractions** | | **$42.13** |

Member FDIC    Equal Housing Lender    SBA Preferred Lender

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 5,792.37 | 11-23 | 5,425.24 | 11-24 | 15,425.24 |
|  |  |  |  | 11-30 | 15,425.24 |

**Overdraft Fee Summary**

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $245.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Checks**

| Check # | Amount | Date |
|---|---|---|
| 57460 | $325.00 | 11-23 |

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 1 for **-$325.00**



Check # 57460, Posted 11-23-20, Amount $325.00

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think you statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.



Customer Service:
1-866-486-7782

MICHAEL HOGAN CHF RESTRUCTUING OFFICER
FOR DEBTORS IN POSSESSION
PROFESSIONAL FINANCIAL INVESTORS INC
PROFESSIONAL INVESTORS TRANSFER ACCOUNT
350 IGNACIO BLVD SUITE 300
NOVATO CA 94949-7202

Last statement: October 31, 2020
This statement: November 30, 2020

Umpqua Bank Rules & Regulations updates go into effect 7-1-2020. This update mainly includes changes to Umpqua Bank's Funds Availability Policy. Next business day funds availability has increased to $225, if there is a hold on a check. For more info, and to review other changes, you may request a copy by calling us at 1-866-486-7782 or visiting umpquabank.com/disclosures.

**ANALYZED BUSINESS CHECKING**

| | | | |
|---|---|---|---|
| Account number | XXXXXX1054 | Beginning balance | $15,804.03 |
| Low balance | $5,804.03 | Deposits/Additions | $0.00 |
| Average balance | $13,470.70 | Withdrawals/Subtractions | $10,000.00 |
| Interest earned | $0.00 | Ending balance | $5,804.03 |

**Other Withdrawals/Subtractions**

| Date | Description | Subtractions |
|---|---|---|
| 11-24 | Cash Mgmt Trsfr Dr Ref 3291821l Funds Transfer To Dep 11001849 From Transfer For Payab Les Check Run | 10,000.00 |
| **Total Other Withdrawals/Subtractions** | | **$10,000.00** |

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 15,804.03 | 11-24 | 5,804.03 | 11-30 | 5,804.03 |

**Overdraft Fee Summary**

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $70.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC   Equal Housing Lender   SBA Preferred Lender

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think you statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

Case: 20-30579    Doc# 59    Filed: 12/21/20    Entered: 12/21/20 20:12:05    Page 15 of 18



Customer Service:
1-866-486-7782

MICHAEL HOGAN CHF RESTRUCTURING OFFICER
FOR DEBTOR IN POSSESSION
PROFESSIONAL FINANCIAL INVESTORS INC
CLEARING ACCOUNT
350 IGNACIO BLVD SUITE 300
NOVATO CA 94949-7202

Last statement: October 31, 2020
This statement: November 30, 2020

Umpqua Bank Rules & Regulations updates go into effect 7-1-2020. This update mainly includes changes to Umpqua Bank's Funds Availability Policy. Next business day funds availability has increased to $225, if there is a hold on a check. For more info, and to review other changes, you may request a copy by calling us at 1-866-486-7782 or visiting umpquabank.com/disclosures.

## ANALYZED BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Account number | XXXXX1599 | Beginning balance | -$853.78 |
| Low balance | -$4,035.80 | Deposits/Additions | $0.00 |
| Average balance | -$2,020.52 | Withdrawals/Subtractions | $3,182.02 |
| Interest earned | $0.00 | Ending balance | -$4,035.80 |

### Other Withdrawals/Subtractions

| Date | Description | Subtractions |
|---|---|---|
| 11-20 | Maintenance Fee Analysis Activity  For 10/20 | 3,182.02 |
| **Total Other Withdrawals/Subtractions** | | **$3,182.02** |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | -853.78 | 11-20 | -4,035.80 | 11-30 | -4,035.80 |

### Overdraft Fee Summary

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $35.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Member FDIC    Equal Housing Lender    SBA Preferred Lender

**Checks**

(* Skip in check sequence, R-Check has been returned, + Electronified check))

Total Checks paid: 0 for **-$0.00**

Member FDIC　　Equal Housing Lender　　SBA Preferred Lender

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Call us at 1-866-486-7782 or write us at Umpqua Bank, P.O. Box 19243, Spokane, WA 99219, as soon as you can if you think you statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appears.

    (1) Tell us your name and account number (if any).

    (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

Member FDIC    Equal Housing Lender    SBA Preferred Lender

Case: 20-30579    Doc# 59    Filed: 12/21/20    Entered: 12/21/20 20:12:05    Page 18 of 18